# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CASSANDRA WHEATEN, parent and )
next friend of D.W., a minor, )
                               )
             **Plaintiff,** )
                               )   **Civil Case No. 09-986 (RJL)**
        **v.** )
                               )
DISTRICT OF COLUMBIA *et al.,* )
                               )
           **Defendants.** )
                               )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 27th day of July, 2010, hereby

**ORDERED** that the plaintiff's Motion for Summary Judgment [#10] is **DENIED**; and it is further

**ORDERED** that the defendants' Cross-Motion for Summary Judgment [#11] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

                                      _____
                                      RICHARD J. LEON
                                      United States District Judge